UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. O'CAMPO, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-2343 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On November 30, 2020, plaintiff filed an amended complaint. On January 14, 2021, plaintiff filed a motion asking the court to remove the exhibits appended to his original complaint and append them to his amended complaint. Good cause appearing, plaintiff's motion is granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion (ECF No. 23) is granted; and

////

////

////

////

////

////

1

2. The Clerk of the Court is directed to remove the exhibits from plaintiff's original complaint (ECF No. 1 at 7-34) and append them to plaintiff's amended complaint (ECF No. 5) as "exhibits from plaintiff's original complaint," and docketed as ECF No. 5-1.[1]

Dated:  January 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crum2343.exh

---

[1] Plaintiff also appended exhibits to his amended complaint, some of which appear to be duplicates of those appended to his original complaint.  Therefore, if plaintiff refers to such exhibits in the future, he should clearly identify the exhibit to which he refers.