UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP, | No. 2:20-cv-2343 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| A. O'CAMPO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with an action brought under 42 U.S.C. § 1983. On February 4, 2021, this action was stayed pending completion of settlement conference scheduled under the post-screening ADR project. On March 15, 2021, plaintiff filed a request to correct the defendant's name, and a motion to amend.[1]

However, this action is stayed. As the court ordered on February 4, 2021, "no other pleadings or other documents may be filed in this case during the stay of this action." (ECF No. 27 at 2.) Plaintiff shall file no further motions until the settlement conference has been completed and

---

[1] Plaintiff's motion was not accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Once the stay is lifted, if plaintiff chooses to renew his motion to amend, he must provide a proposed amended complaint along with the motion. At that time, plaintiff may include the proper name of the defendant he seeks to add.

1

1 the stay has been lifted.[2]  Plaintiff is cautioned that sanctions may be imposed for his failure to
2 comply with court orders.  Fed. R. Civ. P. 41(b).
3    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 34 and 35)
4 are denied without prejudice.
5 Dated:  March 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crum2343.den

---

[2] Plaintiff is permitted to file objections to the pending findings and recommendations as expressly set forth therein.  (ECF No. 33 at 4.)