UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP, | No. 2:20-cv-2343 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| A. O'CAMPO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with an action brought under 42 U.S.C. § 1983. On May 24, 2021, plaintiff renewed his motion for preliminary injunction. However, on March 15, 2021, the undersigned issued findings and recommendations addressing plaintiff's earlier motion for preliminary injunction, which was adopted by the district court on May 3, 2021, over plaintiff's objections. Plaintiff's renewed motion includes no new factual allegations, and fails to address any of the elements required under Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7 (2008). Rather, in his one paragraph motion, plaintiff simply repeats claims previously raised. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 44) is denied without prejudice.

Dated: May 27, 2021

/cw/crum2343.pi2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE