UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP,<br><br>    Plaintiff,<br><br>    v.<br><br>A. O'CAMPO, et al.,<br><br>    Defendants. | No. 2:20-cv-2343 JAM KJN P<br><br><br>ORDER |

    Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with an action brought under 42 U.S.C. § 1983. Both parties filed motions. As set forth below, plaintiff's renewed motion is denied without prejudice, and defendant O'Campo is granted an extension of time to file a responsive pleading.

<u>Plaintiff's Renewed Motion for Injunctive Relief</u>

    On May 27, 2021, plaintiff again renewed his motion for preliminary injunction.[1] However, on March 15, 2021, the undersigned issued findings and recommendations addressing plaintiff's first motion for preliminary injunction, which was adopted by the district court on May 3, 2021, over plaintiff's objections. Plaintiff's recently renewed motion includes no new factual

---

[1] On May 24, 2021, plaintiff previously renewed his motion, which was denied without prejudice on May 28, 2021. (ECF No. 44, 46.)

  In the instant motion, plaintiff also asked that the stay of this action be lifted. The stay of this action was lifted on May 21, 2021. (ECF No. 43.)

1

allegations, and fails to address any of the elements required under <u>Winter v. Natural Resources Defense Council, Inc.</u>, 555 U.S. 7 (2008). Rather, in his one paragraph motion, plaintiff once again repeats claims previously raised. Plaintiff's renewed motion is denied without prejudice.

<u>Defendant O'Campo's Request for Extension</u>

On June 2, 2021, defendant filed a request for extension of time to file a responsive pleading. Good cause appearing, defendant's request is granted. Defendant shall file a responsive pleading on or before July 12, 2021.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 45) is denied without prejudice;

2. Defendant's request (ECF No. 48) is granted; and

3. Defendant O'Campo shall file a responsive pleading on or before July 12, 2021.

Dated: June 3, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crum2343.pi3