IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**STEVE CRUMP,**

Plaintiff,

v.

**A. O'CAMPO,**

Defendant.

Case No. 2:20-cv-2343 JAM KJN P

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiff is a state prisoner, proceeding without counsel. The Court, having considered defendant Ocampo's request for an extension of time to file a responsive pleading, and good cause having been found:

IT IS HEREBY ORDERED that:

1. Defendant's motion for extension (ECF No. 52) is granted; and

2. The responsive pleading date is stayed until thirty-days after the court rules on defendant's motion to revoke plaintiff's *in forma pauperis* privilege.

Dated: June 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crum2343.ext