UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP,<br><br>    Plaintiff,<br><br>    v.<br><br>A. O'CAMPO,<br><br>    Defendant. | No. 2:20-cv-02343-JAM-KJN P<br><br><br>ORDER |

    Plaintiff, a state prisoner, proceeds pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. On October 14, 2021, the Court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $402.00 filing fee within thirty days. Thirty days have passed, and plaintiff has not paid the filing fee or otherwise responded to the Court's order.

    Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED** with prejudice. Fed. R. Civ. P. 41(b).

Dated: November 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

/crum2343.fpf

1